# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:19−mc−00271−LAK

| | |
|---|---|
| Agudas Chasidei Chabad of United States et al v. Russian Federation et al | Date Filed: 05/24/2019 |
| Assigned to: Judge Lewis A. Kaplan | Date Terminated: 08/17/2019 |
| Case in other court:  U.S. District Court for the District of Columbia, 1:15−cv−01548−RCL | |
| Cause: M 08−85 Motion to Quash | |

**Plaintiff**

**Agudas Chasidei Chabad of United States**   represented by   **Steven M Lieberman**
Rothwell, Figg, Ernst & Manbeck
607 14th Street, N.W.
Suite 800
Washington, DC 20005
(202)−783−6040
Fax: (202)−783−6031
Email: slieberman@rothwellfigg.com
*LEAD ATTORNEY*

**Daniel McCallum**
Rothwell, Figg, Ernst & Manbeck
607 14th Street, N.W.
Suite 800
Washington, DC 20005
(202)−783−6040
Email: dmccallum@rfem.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**State Development Bank VEB.RF**   represented by   **Kenneth J. Pfaehler**
*formerly known as*
Vnesheconombank
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
202−408−6468
Email: kenneth.pfaehler@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Russian Federation**

**Defendant**

**Russian Ministry of Culture and Mass Communication**

**Defendant**

**Russian State Library**

**Defendant**

**Russian State Military Archive**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2019 | Ï 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05–cv–01548 (RCL). (Filing Fee $ 47.00, Receipt Number ANYSDC–16955837)Document filed by State Development Bank VEB.RF.(Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/24/2019 | Ï 2 | MISCELLANEOUS COVER SHEET filed. (Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/24/2019 | Ï 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by State Development Bank VEB.RF.(Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/24/2019 | Ï 4 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05–cv–01548 (RCL). (Filing Fee $ 47.00, Receipt N . Document filed by State Development Bank VEB.RF. (Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/24/2019 | Ï 5 | DECLARATION of Kenneth J. Pfaehler in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05–cv–01548 (RCL). (Filing Fee $ 47.00, Receipt N. Document filed by State Development Bank VEB.RF. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/24/2019 | Ï 6 | CERTIFICATE OF SERVICE of Motion to Quash Subpoena, Memorandum of Law in Support, Declaration of Kenneth J. Pfaehler, Rule 7.1 Disclosure Statement and Miscellaneous Case Cover Sheet on 05/24/2019. Service was made by Overnight Carrier and Email. Document filed by State Development Bank VEB.RF. (Pfaehler, Kenneth) (Entered: 05/24/2019) |
| 05/28/2019 | Ï | Case Designated ECF. (wb) (Entered: 05/28/2019) |
| 05/28/2019 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (wb) (Entered: 05/28/2019) |
| 05/29/2019 | Ï 7 | NOTICE OF APPEARANCE by Steven M Lieberman on behalf of Agudas Chasidei Chabad of United States. (Lieberman, Steven) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 8 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lewis A. Kaplan from Steven Lieberman dated 05/29/2019. Document filed by Agudas Chasidei Chabad of United States. (Attachments: # 1 Text of Proposed Order Joint Stipulation and Proposed Order Setting Briefing |

| | | |
|---|---|---|
| | | Schedule on Motion to Quash)(Lieberman, Steven) (Entered: 05/29/2019) |
| 05/31/2019 | Ï 9 | JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON STATE DEVELOPMENT BANK VEB.RF'S MOTION TO QUASH. IT IS HEREBY STIPULATED AND AGREED, by and between the respective attorneys for VEB and Plaintiff Chabad that the time for Chabad to oppose VEB's Motion is extended to June 27, 2019. It is further stipulated and agreed that the deadline for VEB to reply to Chabad's opposition is extend to July 18, 2019. So ordered. (Responses due by 6/27/2019. Replies due by 7/18/2019.) Motions terminated: 8 JOINT LETTER MOTION for Extension of Time addressed to Judge Lewis A. Kaplan from Steven Lieberman dated 05/29/2019. Document filed by Agudas Chasidei Chabad of United States. (Signed by Judge Alison J. Nathan, sitting in Part I on 5/30/2019) (rjm) Modified on 5/31/2019 (rjm). (Entered: 05/31/2019) |
| 06/27/2019 | Ï 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Agudas Chasidei Chabad of United States.(Lieberman, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | Ï 11 | RESPONSE in Opposition to Motion re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05−cv−01548 (RCL). (Filing Fee $ 47.00, Receipt N . Document filed by Agudas Chasidei Chabad of United States. (Lieberman, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | Ï 12 | DECLARATION of Daniel McCallum in Opposition re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05−cv−01548 (RCL). (Filing Fee $ 47.00, Receipt N. Document filed by Agudas Chasidei Chabad of United States. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Lieberman, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | Ï 13 | MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. Document filed by Agudas Chasidei Chabad of United States.(Lieberman, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | Ï 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. . Document filed by Agudas Chasidei Chabad of United States. (Lieberman, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | Ï 15 | DECLARATION of Daniel McCallum in Support re: 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia.*. Document filed by Agudas Chasidei Chabad of United States. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K)(Lieberman, Steven) (Entered: 06/27/2019) |
| 07/09/2019 | Ï 16 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. addressed to Judge Lewis A. Kaplan from Kenneth J. Pfaehler dated 07/09/2019. Document filed by State Development Bank VEB.RF. (Attachments: # 1 Text of Proposed Order / Joint Stipulation and Proposed Order)(Pfaehler, Kenneth) (Entered: 07/09/2019) |
| 07/15/2019 | Ï 17 | JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON THE MOTION OF AGUDAS CHASIDEI CHABAD OF THE UNITED STATES TO TRANSFER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for VEB and Chabad that the time for VEB to oppose Chabad's motion to transfer is extended to July 18, 2019. SO ORDERED. (Responses due by 7/18/2019) (Signed by Judge Lewis A. Kaplan on 7/11/2019) (jca) (Entered: 07/15/2019) |
| 07/16/2019 | Ï 18 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated |

| | | |
|---|---|---|
| | | March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05–cv–01548 (RCL). (Filing Fee $ 47.00, Receipt N, 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. addressed to Judge Lewis A. Kaplan from Kennth J. Pfaehler dated 07/16/2019. Document filed by State Development Bank VEB.RF. (Attachments: # 1 Text of Proposed Order / Joint Stipulation and Proposed Order)(Pfaehler, Kenneth) (Entered: 07/16/2019) |
| 07/22/2019 | 19 | JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON THE MOTION OF AGUDAS CHASIDEI CHABAD OF THE UNITED STATES TO TRANSFER: granting 18 Letter Motion for Extension of Time to File Response/Reply re 18 JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 Other Court Name: United States District Court – District of Columbia. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for VEB and Chabad that the time for VEB to file its reply insupport of its motion to quash and to oppose Chabad's motion to transfer is extended to July 25, 2019. SO ORDERED. Replies due by 7/25/2019. (Signed by Judge Lewis A. Kaplan on 7/18/2019) (ama) (Entered: 07/22/2019) |
| 07/24/2019 | 20 | MOTION for Daniel Richard McCallum to Appear Pro Hac Vice *Approval Code – 144364*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Agudas Chasidei Chabad of United States. (Attachments: # 1 Affidavit of Daniel R. McCallum, # 2 Exhibit A, # 3 Text of Proposed Order)(McCallum, Daniel) (Entered: 07/24/2019) |
| 07/25/2019 | 21 | REPLY MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoena dated March 26, 2019 . Other Court Name: United States District Court – District of Columbia. Other Court Case Number: 1:05–cv–01548 (RCL). (Filing Fee $ 47.00, Receipt N . Document filed by State Development Bank VEB.RF. (Pfaehler, Kenneth) (Entered: 07/25/2019) |
| 07/25/2019 | 22 | MEMORANDUM OF LAW in Opposition re: 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. . Document filed by State Development Bank VEB.RF. (Pfaehler, Kenneth) (Entered: 07/25/2019) |
| 07/30/2019 | 23 | ORDER FOR ADMISSION OF DANIEL R. MCCALLUM PRO HAC VICE granting 20 MOTION for Daniel Richard McCallum to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 7/30/2019) (jca) (Entered: 07/30/2019) |
| 08/01/2019 | 24 | REPLY MEMORANDUM OF LAW in Support re: 13 MOTION to Transfer Case *to U.S. District Court for the District of Columbia*. . Document filed by Agudas Chasidei Chabad of United States. (Lieberman, Steven) (Entered: 08/01/2019) |
| 08/17/2019 | 25 | ORDER granting 13 Motion to Transfer Case. (Signed by Judge Lewis A. Kaplan on 8/17/2019) (Kaplan, Lewis) Transmission to Docket Assistant Clerk for processing. Transmission to Office of the Clerk of Court for processing. Transmission to Orders and Judgments Clerk for processing. (Entered: 08/17/2019) |
| 08/17/2019 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Columbia (jca) (Entered: 08/26/2019) |