UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case Nos. 1:05-cv-01548-RCL<br>1:19-mc-00146-RCL |
| RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] ORDER**

Before the Court is the Motion by Non-Party State Development Bank VEB.RF (ECF No. 37) Regarding Interlocutory Appeal of This Court's December 20, 2019 Orders. The Court, having considered the submissions and arguments of the parties, **ORDERS** that the Motion is **DENIED**.

**SO ORDERED** this _____ day of _____, 2020.

_____
The Honorable Royce C. Lamberth
United States District Court