UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>RUSSIAN FEDERATION; RUSSIAN MINSTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE<br>    Defendants. | No. 1:19-mc-146 (RCL) |

## ORDER

Before the Court is non-party VEB.RF's ("VEB") Motion to Certify the Court's Memorandum Order of December 20, 2019 for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Discovery Pending Appeal. ECF No. 37. The merits of VEB's motion have already been considered and rejected by this Court. *See Agudas Chasidei Chabad of U.S. v. Russian Fed'n*, 1:05-cv-1548 (RCL), ECF No. 220.

It is therefore **ORDERED** that VEB's Motion is hereby **DENIED**.

It is **SO ORDERED**.

SIGNED this 28th day of July, 2020.

                     *Royce C. Lamberth*
                     Royce C. Lamberth
                     United States District Judge