**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
AGUDAS CHASIDEI CHABAD          )
OF UNITED STATES,                       )
                                                    )
         *Plaintiff*,              )  Case No. 1:19-mc-00146-RCL
                                                    )
v.                                                 )  Main Action:
                                                    )  Case No. 1:05-cv-01548-RCL
                                                    )
RUSSIAN FEDERATION; RUSSIAN )
MINISTRY OF CULTURE AND MASS )
COMMUNICATION; RUSSIAN STATE )
LIBRARY; and RUSSIAN STATE    )
MILITARY ARCHIVE,                     )
                                                    )
         *Defendants*.           )
_____)

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), counsel for Plaintiff Agudas Chasidei Chabad of United States ("Chabad") hereby withdraws the appearance of Daniel McCallum as an attorney for Chabad in this matter. Chabad will continue to be represented by Steven Lieberman and Robert Parker. Thus, Chabad's Lead Attorney has not changed, and it will continue to be represented in this matter by existing counsel from the law firm of Rothwell, Figg, Ernst & Manbeck, P.C.

                                                  Respectfully submitted,

Dated:  January 27, 2022      By:  */s/ Steven Lieberman*
                                               Steven Lieberman (D.C. Bar No. 439783)
                                               Robert Parker (D.C. Bar No. 404066)
                                               ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                                               607 14th St., N.W., Suite 800
                                               Washington, DC 20005
                                               Phone:  202-783-6040
                                               Facsimile:  202-783-6031

Emails:  slieberman@rfem.com
              rparker@rfem.com

*Counsel for Agudas Chasidei Chabad of United States*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served by electronic mail on the following counsel of record:

David Y. Livshiz
Timothy P. Harkness
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Emails: david.livshiz@freshfields.com
timothy.harkness@freshfields.com

*Counsel for State Development Bank VEB.RF*

Benjamin Thomas Takemoto
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Email: benjamin.takemoto@usdoj.gov

*Counsel for the United States of America*

I further certify that on this 27th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served by First-Class International Mail, through the U.S. Postal Service, on the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Alexander Konovalov, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Olga Lyubimova, Minister
7/6 Bldg. 1/2, Malyy Gnezdnikovsky Pereulok
Moscow, Russia 125993

1

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdivhenka Street
Moscow, Russia 119019

                                        */s/ Erik van Leeuwen*
                                        Erik van Leeuwen
                                        Litigation Operations Coordinator
                                        Rothwell, Figg, Ernst & Manbeck, P.C.