**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF THE UNITED STATES,** | |
| *Plaintiff,* | |
| v. | **Case No. 1:19-mc-146-RCL** |
| **RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,** | |
| *Defendants.* | |

## ORDER

Plaintiff Agudas Chasidei Chabad of the United States ("Chabad") has filed a motion to attach property or register judicial liens as to non-parties Tenex-USA, Inc. ("Tenam") and State Development Corporation VEB.RF ("VEB"). *Agudas Chasidei Chabad of U.S. v. Russian Fed'n*, No. 1:05-cv-1548 (RCL) (D.D.C. Apr. 8, 2022), ECF No. 235. In this companion case, VEB has filed a motion [56] to substitute its counsel to Wesley W. Whitmyer, to admit Mr. Whitmyer for the limited purpose of responding to Chabad's pending motion, and to extend its time to respond to Chabad's motion.

Because Mr. Whitmyer is not admitted to the Bar of this Court, it is **ORDERED** that VEB's motion to substitute counsel is **DENIED**. *See* LCvR 83.6(c), (d). Counsel is directed to seek admission *pro hac vice* should they desire to participate. *See* LCvR 83.2(d).

It is further **ORDERED** that VEB's motion for extension of time is **GRANTED**.  It is **ORDERED** that VEB shall file its opposition to Chabad's motion by May 20, 2022 and that Chabad shall file its reply, if any, by June 24, 2022.

It is **SO ORDERED**.

Date: April 22, 2022

Royce C. Lamberth
United States District Judge