AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES )<br>*Plaintiff* )<br>v.  )<br>RUSSIAN FEDERATION et al.  )<br>*Defendant* ) | Case No.   1:19-mc-00146-RCL |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party VEB.RF.

Date:   05/18/2022

*Attorney's Signature*

Wesley W. Whitmyer, Jr. (*pro hac vice*)
*Printed name and bar number*

Whitmyer IP Group LLC
600 Summer Street
Stamford, CT  06901

*Address*

litigation@whipgroup.com
*E-mail address*

(203) 703-0800
*Telephone number*

(203) 703-0801
*FAX number*