IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | Civil Action No. 1:19-mc-00146-RCL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to LCvR 83.6(b), Timothy P. Harkness, of Freshfields Bruckhaus Deringer US LLP, hereby withdraws his appearance as counsel of record on behalf of non-party State Development Corporation VEB.RF (***VEB***), which consents to the withdrawal.

David C. Tobin of Tobin, O'Connor & Ewing, 5335 Wisconsin Ave NW Suite 700, Washington, DC 20015, D.C. Bar No. 395959, entered an appearance on behalf of VEB on May 17, 2022, ECF No. 58, and will serve as counsel of record for VEB in this case going forward.

Dated: May 19, 2022

Respectfully submitted,

*/s/ Timothy P. Harkness*
Timothy P. Harkness (D.C. Bar No. NY0331)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:   212 277 4000
Facsimile:    212 277 4001
timothy.harkness@freshfields.com

Signed:

_____      19.05.2022
Mikhail Demin                                          Date
Head of International Legal
State Development Corporation VEB.RF

*On behalf of VEB.RF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2022, I will electronically file the foregoing NOTICE OF WITHDRAWAL OF APPEARANCES with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

> Steven Lieberman (D.C. Bar No. 439783)
> Robert P. Parker (D.C. Bar No. 1006938)
> ROTHWELL, FIGG, ERNST & MANBECK, P.C.
> 607 14th Street, NW, Suite 800
> Washington, DC 20005
> Tel: (202) 783-6040
> Fax: (202) 783-6031
> Email: slieberman@rfem.com
> Email: rparker@rfem.com

I further certify that on May 19, 2022, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCES will be served by commercial mail service, on each of the following parties:

> Ministry of Justice of the Russian Federation
> Attn: Hon. Konstantin Chuychenko, Minister
> 14 Zhitnaya Street
> GSP-1 Moscow, Russia 119991
>
> Ministry of Culture of the Russian Federation
> Attn: Hon. Olga Lyubimova, Minister
> 7/6, Bldg. 1,2 , Malyy Gnezdnikovskiy Pereulok
> Moscow, Russia 125993
>
> Russian State Military Archive
> Attn: Vladimir N. Kyzelenkov, General Director
> 29 Admiral Makarov Street
> Moscow, Russia 12512
>
> Russian State Library
> Attn: Vadim Valerievich Duda, General Director
> 3/5, Vozdvizhenka Street, 2nd Entrance
> Moscow, Russia 119019

| | |
|---|---|
| Dated: May 19, 2022 | Respectfully submitted, |
| | */s/ Timothy P. Harkness* |
| | Timothy P. Harkness (D.C. Bar No. NY0331) |
| | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | 601 Lexington Avenue, 31st Floor |
| | New York, New York 10022 |
| | Telephone:   212 277 4000 |
| | Facsimile:    212 277 4001 |
| | timothy.harkness@freshfields.com |